1
2
3
4                        UNITED STATES DISTRICT COURT
5                   FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7    MATTHEW CRAMER,                          CASE NO. 1:17-cv-0085 DAD-BAM

8              Plaintiff,                     ORDER TO SUBMIT APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS OR PAY
9         v.                                  FILING FEE NO LATER THAN **MARCH 10,**
                                              **2017**
10   AL OLIVER, *et al*.,

11             Defendants.
     _____/
12

13        On January 19, 2017, Plaintiff, a state prisoner proceeding pro se, filed a complaint in this civil

14   action.  (Doc. 1).  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed

15   in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

16        **No later than March 10, 2017**, Plaintiff shall submit the attached application to proceed in

17   forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

18   **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days

19   of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust

20   statement for the six month period immediately preceding the filing of the complaint. **Failure to**

21   **comply with this order will result in dismissal of this action.**

22

23   IT IS SO ORDERED.

24      Dated:   **January 24, 2017**              /s/ *Barbara A. McAuliffe*

25                                          UNITED STATES MAGISTRATE JUDGE

26
27
28

                                                   1